TIMOTHY COURCHAINE
United States Attorney
District of Arizona
GENEVIEVE A. OZARK
Assistant U.S. Attorney
Mississippi State Bar No. 105598
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Genevieve.Ozark@usdoj.gov
Attorneys for Plaintiff

| ✓ FILED | ___ LODGED |
| ___ RECEIVED | ___ COPY |

JUL 0 1 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

George Jones,

Defendant.

No.    CR-25-08112-PCT-SPL (JZB)

**REDACTED INDICTMENT**

VIO:  18 U.S.C. §§ 1153 and 1111
(CIR – Second Degree Murder)
Count 1

18 U.S.C. §§ 1153 and 113(a)(6)
(CIR – Assault Resulting in Serious
Bodily Injury)
Count 2

18 U.S.C. § 924(c)(1)(A)
(Use of a Firearm During a Crime of
Violence)
Count 3

18 U.S.C. § 981,
21 U.S.C. §§ 853 and 881, and
28 U.S.C. § 2461(c)
(Forfeiture Allegation)

THE GRAND JURY CHARGES:

## COUNT 1

On or about January 30, 2024, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, GEORGE JONES, an Indian, with malice aforethought, did unlawfully kill A.T.

In violation of Title 18, United States Code, Sections 1153 and 1111.

## COUNT 2

On or about January 30, 2024, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, GEORGE JONES, an Indian, did intentionally, knowingly, and recklessly assault the victim, A.T., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

## COUNT 3

On or about January 30, 2024, in the District of Arizona, the defendant, GEORGE JONES, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence and did knowingly use, possess, brandish, and discharge a firearm in furtherance of a crime of violence, that is, Second Degree Murder, as alleged in Count 1, which is a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1-3 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Section 981, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 3 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offenses, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses, including but not limited to the following property involved and used in the offenses: .22 caliber Marlin long rifle, Model 60, bearing Serial No. 18469512.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Section 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: July 1, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
GENEVIEVE A. OZARK
Assistant U.S. Attorney